# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN T. KENNEDY,**
Appellant,

v.

**ALISON KENNEDY,**
Appellee.

No. 4D20-1080

[February 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502002DR001829XXXMB FA.

John T. Kennedy, Brasil, pro se.

Jeffrey Begens of Law Offices of Jeffrey Begens, P.A., Bonita Springs, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***